IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02090-WYD

IN RE:

RIVER CANYON REAL ESTATE INVESTMENTS, LLC,

     Debtor.

UNITED WATER AND SANITATION DISTRICT,

     Appellant,

v.

RIVER CANYON REAL ESTATE INVESTMENTS, LLC,

     Appellee.

**ORDER**

**Daniel, J.**

     THIS MATTER comes before the Court upon review of the file.  Pursuant to D.C.COLO.LCivR 40.1(a) and with approval of the Chief Judge, this matter is hereby transferred to Judge Robert E. Blackburn with the understanding that he has agreed to the transfer.  Accordingly, it is

     ORDERED that this matter is transferred to Judge Robert E. Blackburn pursuant to D.C.COLO.LCivR 40.1(a) and with the approval of the Chief Judge.

Dated:  August 19, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE